**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:12-cr-0310 |
| v. : | |
| : | (Judge Kane) |
| **DANIEL PACHECO-MORALES,** : | |
|     Defendant : | |

## ORDER

**AND NOW,** on this 14th day of March 2016, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion to withdraw plea of guilty, (Doc. No. 525), is **DENIED**;

2. Defendant's pro se motion to withdraw plea of guilty, (Doc. No. 475), is **DENIED**; and

3. Defendant's motion in limine, (Doc. No. 358), is **DENIED**.

                                                  S/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania